WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JEREMY MILLIRON**,                                                                 CV # 11-656-HU

      Plaintiff,

vs.                                                                                                    ORDER

**COMMISSIONER of Social Security**,

      Defendant.

Attorney fees in the amount of $1,200.00 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this  28th  day of  February , 2012.

/s/ Marco A. Hernandez
United States District / Magistrate Judge

Submitted on February 23, 2012 by:

s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1