IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JEREMY MILLIRON,                                    No. 3:11-cv-00656-HU

           Plaintiff,                           ORDER

    v.

CAROLYN COLVIN, Commissioner,
Social Security Administration,

           Defendant.


Tim D. Wilborn
Wilborn Law Office, P.C.
P.O. Box 370578
Las Vegas, NV 89137

    Attorney for Plaintiff

Adrian L. Brown
U.S. Attorney's Office
District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204

/ / /


1 - ORDER

Richard Rodriguez
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900, M/S 221A
Seattle, WA 98104-7075

     Attorneys for Defendant

HERNÁNDEZ, District Judge:

     Magistrate Judge Hubel issued a Findings and Recommendation [21] on June 25, 2014, in which he recommends that the Court grant Plaintiff's unopposed motion for § 406(b) attorney's fees [18]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

     Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

     The Court adopts Magistrate Judge Hubel's Findings and Recommendation [21]. Accordingly, Plaintiff's motion for § 406(b) attorney's fees [18] is granted.

     IT IS SO ORDERED.

     DATED this 25 day of July, 2014.

                                                   */s/ Marco Hernández*
                                                 MARCO A. HERNÁNDEZ
                                                 United States District Judge